Richard D. Prochazka, Esq. (SB #042653)
RICHARD D. PROCHAZKA, APC
2525 Camino Del Rio South, Suite 209
PO Box 881566
San Diego, CA 92168-1566
Telephone: (619) 296-7676
Fax:(619) 296-3021

Attorney for: San Diego & Imperial
Counties Butchers & Food Employers
Pension Trust

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Basler, <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO BUTCHERS CONTRIBUTION PLAN <br><br> Defendants. | CASE NO. '11CV1347 MMAJMA <br><br> Notice of Removal of Civil Action <br> {28 USC §1441 et seq} |

    To the Honorable Judges of the United States District Court for the Southern District of California.

    Removing party, San Diego & Imperial Counties Butchers & Food Employers Pension Trust, sued incorrectly herein as San Diego Butchers Contribution Plan, by the undersigned attorney, respectfully shows this Court:

    1. The removing party is the only Defendant in the above-entitled action.

    2. On June 10, 2011, the above entitled action was commenced against San Diego & Imperial Counties Butchers & Food Employers Pension Trust sued incorrectly as San Diego Butchers Contribution Plan in the California Superior Court in and for the County of San Diego and is pending in that court.

NOTICE OF REMOVAL OF CIVIL ACTION

3. This Defendant is a Taft-Hartley Labor Management Employee Pension Benefit Plan as those terms are defined in 29 USC § 186 (c) and 29 USC § 1002 (2) (A).

4. On June 15, 2011, a copy of a document entitled Plaintiff's Claim and Order to Go to Small Claims Court was delivered to an Employee of Associated Third Party Administrators, 2831 Camino del Rio South, Suite 207, San Diego, CA 92108, State of California.

5. Associated Third Party Administrators is the contract Administrator of the Defendant which has no employees of its own.

6. This Notice is filed within 30 days after such delivery.

7. The Complaint asserts a claim for pension benefits and as such is regulated by 29 USC § 1001 *et seq.* As such it involves a federal question over which this Court would have had original jurisdiction pursuant to 28 USC § 1331 and 29 USC § 1132(a) (1) (B), 29 USC, § 1132(e) among others.

8. The removing party is a citizen and resident of the State of California and a resident of this judicial District.

9. Venue is proper in this District because the pending action is within San Diego Superior Court 29 USC § 1132(e) (2).

10. This is an action which could have, in the first instance, been brought in this court.

11. Copies of all process pleadings served upon or delivered by Plaintiff to the removing party in the above-entitled action are attached as Exhibit A - Plaintiff's Claim and Order to Go to Small Claims Court.

Wherefore removing party prays that the above-entitled action be removed from the Superior Court of the State of California in and for the County of San Diego to this Court.

///

///

NOTICE OF REMOVAL OF CIVIL ACTION

DATED: June 16, 2011

Respectfully submitted,

RICHARD D. PROCHAZKA,
A Professional Corporation

<u>s/Richard D. Prochazka</u>
Attorney for Plaintiff San Diego &
Imperial Counties Butchers & Food
Employers Pension Trust

NOTICE OF REMOVAL OF CIVIL ACTION

%JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Patrick Basler

**DEFENDANTS**
San Diego & Imperial Counties Butchers & Food Employers Pension Trust

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
In Pro Per
3553 Blackwolf Drive, Alpine, CA 91901   619-445-5144

Attorneys (If Known)
Richard D. Prochazka (SB042653)
2525 Camino Del Rio S. Ste 209S
San Diego, CA 92108

**'11CV1347 MMA JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
~~28 USC 1331~~ 1st and 29 USC § 1132
Brief description of cause:
Claim for Pension Benefits

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 06/16/2011
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____